(Rev.8/0-)

FORM TO BE USED BY A PRISONER IN FILINC A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1)
(Name of Plaintiff) clarence edwards          (Inmate Number) :

(Complete Address with zip code)                              :

(2)
(Name of Plaintiff)                          (Inmate Number) :

1181 PADDOCK RD SMYRNA DEL. 19977            :
(Complete Address with zip code)             :

(Each named party must be listed, and all names             :
must be printed or typed. Use additional sheets if needed)  :

              VS

(1) KATHLEEN AMALFITANO,ESQUIRE

(2) STATE OF DELAWARE ET AL.

(3)
              (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**― 0 7 ― 8 1 4 ―**

_____
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

**Jury Trial Requested**

I.        **PREVIOUS LAWSUITS**

    A.         If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
               number including year, as well as the name of the judicial officer to whom it was assigned:

NONE



FILED

DEC 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C.    If your answer to "B" is Yes:

1. What steps did you take? ADDRESSED ISSUES IN STATE COURT

2. What was the result? DENIED

D.    If your answer to "B" is No, explain why not:

**III.    DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: KATHLEEN AMALIFITANO

Employed as ATTORNEY at DEPT. OF JUSTICE

Mailing address with zip code: 45 THE GREEN DOVER, DELAWARE 19901

(2) Name of second defendant: STATE OF DELAWARE ET AL.

Employed as N/A at N/A

Mailing address with zip code: 820 N. FRENCH ST. WILMINGTON DEL. 19801

(3) Name of third defendant:

Employed as          at

Mailing address with zip code:

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.      PLAINTIFF WAS ARRESTED ON 4/28/2005 AND WAS APPOINTED KATHLEEN AMALFITANO AS HIS ATTORNEY. THE ATTORNEY DID SUB-PAR INVESTIGATION AND ADMITTED IN HER ARGUMENT TO THE STATE COURTS THAT SHE HAD NOTHING TO DO WITH THE T.I.S. AND THE PLEA AGREEMENT FORMS ; BUT MOST IMPORTANT DID NOT EXPLAIN IN THE PROPER MODE AND PROCEDURES WHAT WAS PLAINTIFFS' RIGHTS BEFORE HE SIGNED THE PLEA AGREEMENT AS SHOWN IN THE DATES ON BOTH DOCUMENTS --ALSO SIGNED AND VERIFIED BY THE DEFENDANT . PLAINTIFF IS NOT CHALLANGING HIS CONVICTION BUT THE PROCEDURES THAT WERE VIOLATED WITH THE CONSTITUTIONAL VIOLATION SHOWN BY NOT EXPLAINING HIS RIGHTS BEFORE SIGNING THE PLEA. THIS HAS BEEN BROUGHT UP TO THE STATE COURT AND THE RULING WAS THAT THE SENTENCE COULD NOT BE OVERTURNED BECAUSE PLAINTIFF DID VERIFY HIS GUILT INFRONT OF THE JUDGE. HOWEVER THERE STILLREMAINS THE ISSUE OF CONSTITUTIONAL VIOLATION IN PROCEDURES THAAT CAN BE ADDRESSED PER THE U.S. SUPREME COURT EVEN IF THE SENTENCE IS NOT OVER TURNED. PLAINTIFF WISHES TO ADDRESS THOSE ISUES WITH THIS COURT AND ASK THIS COURT NOT TO ADDRESS HIS CONVICTION BUT TO ADDRESS THE PROCEDURES USED OR NOT USED ;WHICH VIOLATED PLAINTIFFS' RIGHTS.

2.

3.

V.      **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.      PLAINTIFF WOULD ASK THIS COURT NOT ONLY TO PUNISH THIS INDIVIDUAL BUT TO INPLANT THE FEAR THROUGH A MONITARY REWARD THAT WOULD NEGATE ANY FUTURE VIOLATION NOT ONLY BY THE DEFENDANT BUT ANY OTHER PERSON UNDER DELAWARE AUTHORITY. PLAINTIFF ASKS BECAUSE OF THE MAGNITUDE OF THIS ISSUE THAT HE BE AWARDED BOTH IN THE OFFICIAL AND INDIVIDUAL CAPASITY A REWARD THE COURT DEEMS APPROPRIATE.

I swear to have served a true copy of this complaint to State of Delaware - Dept. of Justice Wilmington Del. mail via U.S Postal Service December 8, 2007.

2.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Clarence Edwards

Signed this _____ day of  $11 - 19$ _____, 20 $07$

X Clarence Edwards
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Superior Court of the State of Delaware, _Kent_ County

## PLEA AGREEMENT

State of Delaware v. _Clarence H Edwards_

Case No(s): _0504022795_  Cr.A.#s: _0505 0199 - 0181_

☐ Title 11 HAB. OFFENDER _____    ☐ BOOT CAMP ELIGIBLE    ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows:
☐ Title 11, §4336, sex offender notification required    ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge | [LIO if applicable] |
|---|---|---|---|
| 1 | 05050179 | Sexual Solicitation of a Child | |
| | | | |
| | | | |
| | | | |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☑ all remaining charges on this indictment:

| Count | Cr.A.# | Charge |
|---|---|---|
| | | |
| | | |

**Sentence Recommendation/Agreement:** ☑ PSI  ☑ Immediate Sentencing
_14 years at L 5 suspended after serving 7 1/2 years
for 1 1/2 years L 3 followed by 1 year L 2_

**State and Defendant agree to the following:**
☐ Restitution:
☑ No _____ contact w/ any child under 18
☑ Other Conditions:
_The defendant agrees to enroll in a Mental Health
evaluation and follow the recommendation_

DAG _Robert J. O'Neill, JR._      DEF COUNSEL _Kathleen Amalfitano_
PRINT NAME                        PRINT NAME

_Robert J. O'Neill Jr._ SIGNATURE    _____ SIGNATURE

                                  DEFENDANT _Clarence Edwards_

Date: _July 26, 2005_

                                                          Page ___ of ___

XC: Attorney for Defendant, Defendant

# TRUTH-IN-SENTENCING GUILTY PLEA FORM
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR _____ COUNTY

**STATE OF DELAWARE** )  ID: _____

v. CAVAN C. EDWARDS )  CRA: _____

*The defendant must answer the following questions in his or her own handwriting.*

Date of Birth _____     Last grade in school completed _____

| | Yes | No |
|---|---|---|
| Have you ever been a patient in a mental hospital? | ☐ | ☒ |
| Are you under the influence of alcohol or drugs at this time? | ☐ | ☒ |
| Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? | ☒ | ☐ |
| Have you been promised anything that is not stated in your written plea agreement? | ☐ | ☒ |
| Has your attorney, the State, or anyone threatened or forced you to enter this plea? | ☐ | ☒ |

Do you understand that because you are pleading guilty you will not have a trial, and you therefore waive (give up) your constitutional right:
(1) to be presumed innocent until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a speedy and public trial;
(3) to trial by jury;
(4) to hear and question the witnesses against you;
(5) to present evidence in your defense;
(6) to testify or not testify yourself; and,
(7) to appeal to a higher court?     ☒ Yes  ☐ No

| OFFENSE | STATUTORY PENALTY | | TIS GUIDELINE |
|---|---|---|---|
| | Incarceration | Amount of Fine (range if applicable) | |
| Assault in a jail... | 0-15 yrs | | 0-15 yrs |
| | | | |
| | | | |

**TOTAL CONSECUTIVE MAXIMUM PENALTY:** Incarceration: 15 yrs     Fine: _____

*NON-CITIZENS: Conviction of a criminal offense may result in deportation, exclusion from the United States, or denial of naturalization.*

| | Yes | No |
|---|---|---|
| Do you understand that, if incarcerated, you will not be eligible for parole, and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? | ☒ | ☐ |
| Is there a minimum mandatory penalty? | ☐ | ☒ |
| If so, what is it? | | |
| Is there a mandatory revocation of driver's license or privileges for this offense or as a result of your plea? | ☐ | ☒ |
| If so, what is the length of revocation? _____ years | | |
| Has anyone promised you what your sentence will be? | ☐ | ☒ |
| Were you on probation or parole at the time of this offense? (A guilty plea may constitute a violation.) | ☐ | ☒ |
| Do you understand that a guilty plea to a felony will cause you to lose your right to vote, to be a juror, to hold public office, and other civil rights? | ☒ | ☐ |
| Have you been advised that this is an offense which results in the loss of the right to own or possess a deadly weapon? | ☒ | ☐ |
| Have you been advised that this is an offense which requires registration as a sex offender? | ☒ | ☐ |
| Are you satisfied with your lawyer's representation of you and that your lawyer has fully advised you of your rights and of your guilty plea? | ☒ | ☐ |
| Have you read and understood all the information contained in this form? | ☒ | ☐ |

_____     23 NOV. y Cavan C. Edwards     _____
**Defense Counsel**     **Date**     **Defendant**

Print name: _____     Print name: _____

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 0504022745 |
| | * | |
| CLARENCE EDWARDS, | * | |
| | * | |
| Defendant. | * | |

### AFFIDAVIT OF KATHLEEN K. AMALFITANO, ESQUIRE

BE IT REMEMBERED that on this $\underline{31^{rd}}$ day of March, 2006, personally appeared before me a Notary Public for the State of Delaware, Kathleen K. Amalfitano, who stated the following:

1. This Affidavit is being filed pursuant to an Order of Commissioner Andrea Maybee, that I respond to the portions of the defendant's Motion alleging ineffective assistance of counsel, pursuant to Rule 61(g)(2).

2. Affiant responds seriatum to the allegations against her, as are contained in Defendant's Memorandum of Law pursuant to Superior Court Criminal Rule 61(b)(6) Motion for Postconviction Relief.

(1) At Ground One, Edwards alleges "coerced confession or guilty plea" as a ground to attack his guilty plea. A plea offer was extended to Edwards on July 26, 2005. Edwards wanted time to think about same, therefore, a new date was given for August 23, 2005. Edwards entered the plea at that time.

(2) At Ground Two, Edwards alleges that he was denied his right to confront

witnesses. The fact of his plea is a matter of record. The plea colloquy would indicate that he completed the truth-in-sentencing form himself and was aware of all his trial rights including his right to confront witnesses. He understood by entering his plea he was waiving his right to confront those witnesses.

(3) At Ground Three, Edwards alleges ineffective assistance of counsel.

Edwards alleges he was not advised of his due process rights prior to entering his plea. The plea colloquy would indicate that the truth-in-sentencing form was properly executed prior to the entry of his plea and same thoroughly reviewed with him during said plea colloquy.

Kathleen K. Amalfitano, Esquire
Assistant Public Defender
Public Defender's Office
Sykes Building
45 The Green
Dover, DE 19901

SWORN TO AND SUBSCRIBED before me this 2nd day of March, 2006.

Attorney –at-Law

I/M Clarence Edwards

SBI# 158551 UNIT 7-1-15

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington Delaware
198 01-3570

UNITED STATES POSTAGE $ 00.58⁰
02 1A
0004608975        DEC 11 2007
MAILED FROM ZIP CODE 19977

19801357e 0012