Date Printed: 11/15/2007

Page 1 of 1

## Individual Statement
## For Month of November 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.95 |
|---|---|---|---|---|---|---|
| 00158551 | EDWARDS | CLARENCE | H | | | |

Current Location: T1

Comments: QOLPC/DET

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2007 | $9.60 | $0.00 | $0.00 | $10.55 | 508641 | | T2 9/24-10/23/07 | |
| Canteen | 11/6/2007 | ($10.30) | $0.00 | $0.00 | $0.25 | 510057 | | | |
| Supplies-MailP | 11/8/2007 | $0.00 | $0.00 | ($1.99) | $0.25 | 511942 | | 10/19/07 | |
| Supplies-MailP | 11/8/2007 | $0.00 | $0.00 | ($1.99) | $0.25 | 511943 | | 10/19/07 | |
| Supplies-MailP | 11/8/2007 | $0.00 | $0.00 | ($1.99) | $0.25 | 511946 | | 10/19/07 | |

Ending Mth Balance: $0.25

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($5.97)



RE:
Civil Action
# 07-814-☆☆☆ MPT

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BDscanned

Exhibit A

# Individual Statement
## From May 2007 to October 2007

Date Printed: 11/15/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00158551 | EDWARDS | CLARENCE | H | |

Current Location: T1

Comments:

Beginning Month Balance: $0.36
Ending Month Balance: $0.95

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.29) | $0.36 | 425757 | | INDIGENT 4/30/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.36) | $0.00 | ($0.03) | $0.00 | 437170 | | 3/29/07 | |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.82) | $0.00 | 441925 | | INDIGENT 6/4/07 | |
| Medical | 7/6/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 453285 | | 6/27/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($2.94) | $0.00 | 456854 | | INDIGENT 7/2/07 | |
| Mail | 9/18/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 487632 | 11476341933 | | M KUNKEL |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($1.48) | $25.00 | 489086 | | 9/12/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($1.14) | $25.00 | 489088 | | 9/12/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $25.00 | 489124 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $25.00 | 489125 | | 9/13/07 | |
| Medical | 9/20/2007 | ($4.00) | $0.00 | $0.00 | $21.00 | 489202 | | 6/27/07 | |
| Canteen | 9/25/2007 | ($6.26) | $0.00 | $0.00 | $14.74 | 490352 | | | |
| Supplies-MailPosta | 9/27/2007 | ($3.82) | $0.00 | $0.00 | $10.92 | 491804 | | INDIGENT 6/4/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.03) | $0.00 | $0.00 | $10.89 | 491879 | | 3/29/07 | |
| Supplies-MailPosta | 9/27/2007 | ($3.29) | $0.00 | $0.00 | $7.60 | 491903 | | INDIGENT 4/30/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.94) | $0.00 | $0.00 | $4.66 | 491948 | | INDIGENT 7/2/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.48) | $0.00 | $0.00 | $3.18 | 492224 | | 9/12/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.14) | $0.00 | $0.00 | $2.04 | 492226 | | 9/12/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $1.63 | 492422 | | 9/13/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $1.22 | 492423 | | 9/13/07 | |
| Canteen | 10/2/2007 | ($1.06) | $0.00 | $0.00 | $0.16 | 494586 | | | |
| Mail | 10/23/2007 | $25.00 | $0.00 | $0.00 | $25.16 | 504297 | 11476354421 | | KUNKLE |
| Canteen | 10/30/2007 | ($24.21) | $0.00 | $0.00 | $0.95 | 506664 | | | |

Ending Month Balance: $0.95

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($5.97)

RE: Civil Action #07-814 *** MPz

I/M Clarence Henry Edwards

SBI# 158551    UNIT T-1-15

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.41⁰

02 1A

0004608975    DEC 22 2007

MAILED FROM ZIP CODE 19977

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 DEC 26  PM 2: 41

U.S.M.S.
X-RAY

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware

19801- 3570

15801435870