IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARENCE EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-814-***-MPT ) |
| KATHLEEN AMALFITANO, STATE OF DELAWARE, ET AL, | ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Clarence Edwards, SBI #158551, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.67 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ____1/2____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ____1/4____, 2008.

x Clarence H Edwards
Signature of Plaintiff



FILED
JAN 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned



IM Clarence A Edwards
SBI# 158551   UNIT F1-15
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the Clerk
United States District Court
844-N. King street Lockbox 18
Wilmington DEl. 19801-3570